September 27, 2016

Charles Bennett
TDCJ-CID# 2015277
Stringfellow Unit
1200 F.M. 655
Rosharon, Texas 77583

Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 757202



FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 29 2016

TYLER TEXAS
PAM ESTES, CLERK

RE:  Case Number 12-15-00202-CR
     Trial Court Case Number 05CR-051
     In The 349th Judicial District Court
     Houston County, Texas

Dear Clerk,

    I am corresponding in regards to the above-mentioned Case Number in hopes that you have a copy of the Court Reporter's Record available. If so, could you please let me know how much you will charge me for a copy of that record.

    Your time and consideration in this matter is greatly appreciated, Thank you.

                              Sincerely,

                              Charles D. Bennett Sr.
                              Charles Bennett

CC/Filed: cb